VALENTIN ENCARNACION, Appellant, *v.* WILLIAM A. JAMISON et al., Doing Business under the Firm Name of ARBUCKLE BROTHERS, Defendant.

WILLIAM A. JAMISON, Respondent.

(Argued April 15, 1929; decided May 29, 1929.)

*Theodore H. Lord* for motion.
*James A. Gray* opposed.

Motion granted. It appearing that the sole defendant-respondent had died before the appeal herein was taken to this court; that no substitution of personal representatives has been had, and that the reversal by the

---

* The decision in this case, handed down on March 19, 1929, by order of the court has not been reported.

Appellate Division of the judgment of the trial court was on the law only;

*Ordered,* That the remittitur herein be recalled, the decision handed down herein on March 19, 1929, vacated and the appeal dismissed, without prejudice to the right of appellant to move for substitution of personal representatives; for the continuance of the action against them; for the amendment of all papers and proceedings accordingly and for a reargument of the appeal.